IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HALINOVITA R. SIREGAR | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4654 |
| SHAWNEE HOLDINGS, etc., et al | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 30, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                                             Michael E. Kunz
                                                                             Clerk of Court

                                                                             By:_____
                                                                             PATRICIA A. JONES
                                                                             Deputy Clerk
                                                                             Phone: 267-299-7072

Date: October 1, 2002

Copies:      Rita Dougherty, Courtroom Deputy to Judge Fullam
                Docket Clerk - Case File

         Counsel:        William J. Faust, II, Esq.
                             Albert M. Saltz, Esq.
                             Veronica Winter-Saltz, Esq.

ARB2.FRM