IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HALINOVITA R. SIREGAR | : | CIVIL ACTION |
| v. | : | |
| SHAWNEE HOLDINGS, etc., et al | : | No. 02-4654 |
| | : | |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on January 30, 2003, has been CANCELLED until further notice.

> Michael E. Kunz
> Clerk of Court
>
> By:_____
> Patricia A. Jones
> Deputy Clerk
> Phone: 267-299-7072

Date: January 9, 2003

Copies:    Rita Dougherty, Courtroom Deputy to Judge Fullam
           Docket Clerk - Case File

   Counsel:    William J. Faust, II, Esq.
               Albert M. Saltz, Esq.
               Veronica Winter-Saltz

ARB2.FRM