IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALINOVITA R. SIREGAR : <br>     Plaintiff : <br> v. : <br> : <br> SHAWNEE HOLDINGS : <br> A/K/A SHAWNEE MOUNTAIN, INC. : <br> A/K/A SHAWNEE CANOE TRIPS(Owner): <br> and : <br> JAMES S. BATOR (Driver) : <br>     Defendants : | CIVIL ACTION <br><br><br><br> NO. 02-CV-4654 |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw our appearance as counsel for defendant Shawnee Holdings with regard to the above-captioned matter.

SALTZ HOLLAENDER, P.C.

_____
Albert M. Saltz, Esquire
Veronica W. Saltz, Esquire

Saltz Hollaender P.C.
Attorney I.D. No.: 51497/52931
993 Old Eagle School Road
Suite 412
Wayne, PA 19087
(610) 964-3333
Attorneys for Defendants

Dated: 10/22/03

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALINOVITA SIREGAR<br>            Plaintiff<br><br>        v.<br><br>SHAWNEE HOLDINGS<br>A/KA SHAWNEE MMOUNTAIN, INC.<br>A/K/A SHAWNEE CANOE TRIPS (Owner)<br>      and<br>JAMES S. BATOR (Driver)<br>            Defendants | CIVIL ACTION<br><br>NO. 02-CV-4654 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Shawnee Holdings, in the above-captioned matter.

                                    NAULTY, SCARICAMAZZA & McDEVITT, LTD.

                                    _____
                                    BRIAN P. McGOVERN, ESQUIRE
                                    Naulty, Scaricamazza & McDevitt, P.C.
                                    Attorney I.D. No.: 77226
                                    1617 JFK Blvd., Suite 1600
                                    Philadelphia, PA 19103
                                    (215) 568-5116
                                    Attorney for Defendant

Date: 11/19/03