IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HALINOVITA R. SIREGAR            :      CIVIL ACTION


            v.                   :
                                        NO. 02-4654
SHAWNEE HOLDINGS, a/k/a
SHAWNEE MOUNTAIN, INC.           :
a/k/a SHAWNEE CANOE TRIPS,
JAMES S. BATOR


**O R D E R**


        AND NOW, this  7th  day of October, 2004 it is Ordered

that counsel will submit to the Court a status report of the

above-captioned matter within ten days from the date of this

order.




ATTEST:                          or    BY THE COURT



BY:_____
    Rosalind Burton-Hoop                _____
    Courtroom Deputy                    John P. Fullam, Sr. J.



Civ 12 (9/83)
minuteo