IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERNT DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HALINOVITA R. SIREGAR | : | |
| **Plaintiff** | : | |
| v. | : | **CIVIL ACTION NO.** |
| SHAWNEE INN & GOLF RESORTS, ET. AL. | : | NO. 02-CV-4654 |
| **Defendants** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been resolved and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

LAW OFFICE OF WILLIAM J. FAUST, II

BY: _William J. Faust_
WILLIAM J. FAUST, II, ESQUIRE
ATTORNEY FOR PLAINTIFF
SIREGAR

NAULTY, SCARICAMAZZA & McDEVITT, LLC

BY: _____
BRIAN P. McGOVERN
ATTORNEY FOR DEFENDANTS'
SHAWNEE INN & GOLF RESORTS ET AL

### ORDER

AND NOW, this            day of                   , 2005, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE